

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00264-CV

| | | |
|---|---|---|
| PATRICIA ANN BOGAN, Appellant | § | On Appeal from the 431st District Court |
| V. | § | of Denton County (18-3417-431) |
| DENTON COUNTY DISTRICT ATTORNEY, DENTON COUNTY SHERIFF'S DEPARTMENT, CITY OF DENTON POLICE DEPARTMENT, AND CITY OF DENTON MAYOR'S OFFICE, Appellees | § | December 31, 2019 |
| | § | Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach